# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRED CARON and CATHLEEN CARON,

    Plaintiffs,

vs.

WESTERN UNITED INSURANCE COMPANY,

    Defendant.

Case No. 2:11-cv-01348-GMN-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on August 18, 2011. Defendant filed a Motion to Strike (#4) on August 25, 2011. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **October 3, 2011** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 21st day of September, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge